**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL ALAN STACY                                                                 PLAINTIFF
ADC #127239

V.                                           4:17CV00093 JM/PSH

GARY ANDREW *et al*                                                               DEFENDANTS

## ORDER

 The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

 IT IS THEREFORE ORDERED THAT plaintiff Michael Alan Stacy's claims against defendants Curtis Baily, Earnheart, and Rick Woody are DISMISSED WITHOUT PREJUDICE.

 DATED this 9th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE