IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY                                                              PLAINTIFF

v.                                    4:17CV00093-JM-PSH

GARY ANDREW; RANDEL BRYANT;
GARRY STEWART; MONTE MUNYAN; and
MATT RICE                                                                       DEFENDANTS

Consolidated With:

MICHAEL ALAN STACY                                                              PLAINTIFF

v.                                    4:17CV00294-JLH-JTK

MONTE MUNYAN; GARRY STEWART;
and TIM RYALS                                                                   DEFENDANTS

## ORDER

Plaintiff, an inmate incarcerated at the Faulkner County Detention Facility, filed these two actions *pro se* pursuant to 42 U.S.C. § 1983. Having reviewed the allegations in these cases, the Court finds that consolidation of the two actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Stacy v. Andrew, et al.*, 4:17CV00093-JM-PSH) is hereby designated the lead case and all future pleadings shall be filed in the lead case.

IT IS SO ORDERED this 31st day of July, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE