# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY                          PLAINTIFF

v.                     No: 4:17-cv-00093 JM-PSH

GARY ANDREW, *et al.*                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment (Doc. No. 55) is granted in part and denied in part.

2. Stacy's official capacity claims is dismissed with prejudice.

3. Stacy's individual capacity claims against defendants Rice, Ryals, Stewart, and Munyan are dismissed with prejudice.

4. Stacy's individual capacity failure-to-protect claims against defendants Andrew and Bryant will be set for trial.

DATED this 29th day of October, 2018.

                                               _____
                                               UNITED STATES DISTRICT JUDGE