**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL ALAN STACY**                                                    **PLAINTIFF**

**v.**                                   **No: 4:17-cv-00093 JM-PSH**

**GARY ANDREW,** *et al.*                                          **DEFENDANTS**

## ORDER

On Plaintiff's motion (Doc. No. 87), and without objection from Defendants, this case is

dismissed without prejudice.

DATED this 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE